# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140156(32)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                        SC: 140156
                                                         COA: 292664
                                                         Wayne CC: 90-001754
ROBERT LEE HARRINGTON, JR,
        Defendant-Appellant.

_____/

        On order of the Court, the motion for reconsideration of this Court's May 25, 2010
order is considered, and it is DENIED, because it does not appear that the order was
entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010                          _____
                                                         Clerk

d0830